Kevin S. Jones
Joseph D. Houston
Jones & Associates, PLLC
2625 Dearborn Avenue, Ste. 102A
Missoula, MT 59804
Telephone:  (406) 541-3333
Facsimile:   (406) 541-3444
kevin@jonesmtlaw.com
joe@jonesmtlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROGER LEE WOODRIFF, TRUSTEE OF THE DR. LEE WOODRIFF CHARITABLE TRUST; ALEXIS PARLOVA AND JANET PARLOVA, TRUSTEES OF THE PARLOVA FAMILY CHARITABLE REMAINDER TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES of AMERICA,<br><br>Defendant. | CV 18-29-BU-BMM-JCL<br><br>**PLAINTIFFS' MOTION TO DISMISS CASE WITH PREJUDICE** |

COME NOW Plaintiffs Roger Lee Woodriff, Trustee of the Dr. Lee Woodriff Charitable Trust; Alexis Parlova and Janet Parlova, Trustees of the Parlova Family Charitable Remainder Trust (collectively referred to as "Trusts"),

by and through counsel, and move the Court to dismiss this case with prejudice. The parties reached a settlement agreement and have consummated the terms of settlement.  United States has not filed an answer or otherwise responded to the First Amended Complaint.

DATED this 5th day of November, 2018.

JONES & ASSOCIATES, PLLC

By: /s/ *Joseph D. Houston*
Joseph D. Houston
Jones & Associates, PLLC
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 5th day of November, 2018, a copy of the foregoing Motion to Dismiss was served via CM/ECF on the following parties:

Alex R. Halverson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683