IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROGER LEE WOODRIFF, TRUSTEE OF THE DR. LEE WOODRIFF CHARITABLE TRUST; ALEXIS PARLOVA AND JANET PARLOVA, TRUSTEES OF THE PARLOVA FAMILY CHARITABLE REMAINDER TRUST,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>        Defendant. | CV 18-29-BU-BMM-JCL<br><br>ORDER |

Plaintiff have filed a motion to dismiss this case with prejudice.

Accordingly, and good cause appearing,

IT IS ORDERED that this case is hereby DISMISSED with prejudice.

DATED this 6th day of November, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge